**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-413-JMS-DLP** |
| | ) | |
| **T.J. WATSON, WARDEN,** | ) | **CAPITAL CASE** |
| **USP TERRE HAUTE,** | ) | **EXECUTION SCHEDULED FOR** |
| **UNITED STATES OF AMERICA,** | ) | **SEPTEMBER 24, 2020** |
| | ) | |
| **Respondents.** | ) | |

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Petitioner Christopher André Vialva, through counsel, respectfully requests leave to file his *Petition for Writ of Habeas Corpus*, submitted for filing this date, without prepayment of fees, and to proceed *in forma pauperis*. In support of this Motion, counsel states:

1) Petitioner Christopher André Vialva, Register Number 91909-080, is prisoner under a sentence of death. Mr. Vialva is in the custody of the United States. He is confined in the United States Penitentiary in Terre Haute, Indiana. Mr. Vialva is scheduled to be executed by lethal injection September 24, 2020. He was notified of the scheduling of his execution July 31, 2020;

2)      Christopher Vialva was found to be indigent and entitled for the appointment of counsel pursuant the Criminal Justice Act, 18 U.S.C. § 3006A, following his initial appearance in *United States v. Christopher André Vialva,* Western District of Texas Waco Division Criminal Case Number 6:99-cr-00070. See *Id., CJA Form #30 Appointing Counsel*, document 4, filed 06/23/1999.  Mr. Vialva has been represented by court appointed counsel through all proceedings in the capital prosecution.  He has been permitted to proceed *in forma pauperis* in the Western District of Texas Waco Division, the United States Court of Appeals for the Fifth Circuit, and the Supreme Court;

3)      The undersigned counsel was appointed to represent Mr. Vialva in his post conviction motion filed pursuant 28 U.S.C. § 2255.  See *Order*, document number 355, filed 08/18/2003 (Exhibit 1);

4)      Mr. Vialva has remained indigent during his incarceration.  He is unable to pay the fees and costs associated with the litigation of his *Petition for Writ of Habeas Corpus*. A copy of Mr. Vialva's inmate trust account is attached to this motion as Exhibit 2;

5)      A proposed Order granting the relief requested is attached to this motion as Exhibit C in the form required by S.D. Ind. L.R. 5-5(d) .

Petitioner Christopher André Vialva respectfully requests leave to file his *Petition for Writ of Habeas Corpus* without prepayment of fees and request leave to proceed *in forma pauperis.*

2

Respectfully submitted,

/s/ Susan M. Otto
SUSAN M. OTTO
Federal Public Defender Western District of Oklahoma
215 Dean A. McGee Avenue   Suite 109
EMMA V. ROLLS
Assistant Federal Public Defender
Capital Habeas Unit   Suite 707
Oklahoma City, Oklahoma  73102
Telephone 405 609-5930    Telefacsimile 405 609-5932
Electronic Mail for Service: Susan_Otto@fd.org
Counsel for Christopher André Vialva

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System.  I further certify that service was made *via* Federal Express on the following:

John F. Bash
United States Attorney
Western District of Texas
601 NW Loop 410   Suite 600
San Antonio, Texas 78216

Joseph H. Gay Jr.
Mark Frazier
Assistant United States Attorneys
W.D. Texas Waco Division
800 Franklin Street Suite 280
Waco, Texas 76701

T.J. Watson, Warden
United States Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802.

/s/ Susan M. Otto
SUSAN M. OTTO

3