# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:20-cv-413-JMS-DLP** |
| | ) | |
| **T.J. WATSON, WARDEN,** | ) | **CAPITAL CASE** |
| **USP TERRE HAUTE,** | ) | **EXECUTION SCHEDULED FOR** |
| **UNITED STATES OF AMERICA,** | ) | **SEPTEMBER 24, 2020** |
| | ) | |
| **Respondents.** | ) | |

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on the motion of counsel for Petitioner Christopher André Vialva, requesting leave to proceed without the prepayment of fees and *in forma pauperis*. On consideration of the motion, the Court finds that it should be and is hereby granted.

It is so ordered this _____ day of August, 2020.

 

HON. JANE E. MAGNUS-STINSON
UNITED STATES DISTRICT JUDGE

Distribution list:
To all registered counsel by CM/ECF