FILED

AUG 1 8 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. W-99-CR-70(1) |
| | § | |
| CHRISTOPHER VIALVA | § | |

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL
## IN FEDERAL POST-CONVICTION PROCEEDINGS

On this the __18__ day of __August__, 2003,

This matter is before the Court on the application of Christopher Andre Vialva, a federal prisoner, who was sentenced to death in this Court, requesting the appointment of counsel to represent him in post-conviction proceedings. The Court finds that Mr. Vialva is financially qualified for the appointment of counsel under 18 U.S.C. § 3006A, and that the appointment of counsel is required by 21 U.S.C. § 848(q)(4)(B).

The Court appoints the Federal Public Defender Organization for the Western District of Oklahoma, 215 Dean A. McGee, Suite 109, Oklahoma City, Oklahoma 73102, to represent Christopher Andre Vialva in federal post-conviction proceedings before this Court. Pursuant to 21 U.S.C. § 848(q)(7), the Court finds good cause to make this appointment notwithstanding the absence of experience in the U.S. Court of Appeals for the Fifth Circuit described in 21 U.S.C. § 848(q)(6).

Counsel of record employed by the Federal Public Defender Organization for the Western District of Oklahoma shall file an appropriate entry of appearance within five days from the entry of this Order. Pursuant to Western District of Texas Rule AT-1(f), counsel of record will be permitted to practice *pro hac vice,* for this case only, upon the Court's receipt of verification of

USCA5 94

355

Exhibit 1 - Page 1 of 2

counsel's membership in good standing as a member of the bars of the Western District of Oklahoma and the Tenth Circuit Court of Appeals.

Counsel for Mr. Vialva will obtain a copy of the record of this case within thirty days from the filing of the entry of appearance.

By separate order, the Court will set a scheduling conference to be conducted approximately fifty days from the date of this Order.

Further, the Court allows the withdrawal of STANLEY L. SCHWIEGER as counsel of record for Defendant in this cause.

SIGNED on the date set forth above.

_____
WALTER S. SMITH, JR.
CHIEF, UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS, WACO
DIVISION

USCA5 95

Exhibit 1 - Page 2 of 2