InmateStatementCombined

# Inmate Statement

[PRINT]

| Inmate Reg #: | 91909080 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | VIALVA, CHRISTOPHER | Housing Unit: | |
| Report Date: | 08/06/2020 | Living Quarters: | |
| Report Time: | 1:24:00 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 8/3/2020 11:24:23 AM | 102 | | | Sales | ($2.85) | | $463.98 |
| THA | 8/3/2020 9:06:19 AM | TL0803 | | | TRUL Withdrawal | ($5.00) | | $466.83 |
| THA | 8/2/2020 9:17:09 AM | TL0802 | | | TRUL Withdrawal | ($2.00) | | $471.83 |
| THA | 8/1/2020 11:41:37 AM | 6459 | | | BP 199 Request | | ($4.00) | -------- |
| THA | 7/31/2020 12:05:07 PM | 33320213 | | | Western Union | $40.00 | | $473.83 |
| THA | 7/31/2020 12:05:07 PM | 33320213 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 7/31/2020 7:24:13 AM | 6449 | | | BP 199 Request | | ($12.00) | -------- |
| THA | 7/30/2020 8:03:59 AM | 33320212 | | | Western Union | $120.00 | | $433.83 |
| THA | 7/30/2020 8:03:59 AM | 33320212 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 7/28/2020 9:54:30 AM | 100 | | | Sales | ($20.60) | | $313.83 |
| THA | 7/25/2020 6:49:17 AM | TL0725 | | | TRUL Withdrawal | ($5.00) | | $334.43 |
| THA | 7/21/2020 10:37:14 AM | 96 | | | Sales | ($20.30) | | $339.43 |
| THA | 7/18/2020 8:39:44 AM | TL0718 | | | TRUL Withdrawal | ($2.00) | | $359.73 |
| THA | 7/13/2020 8:14:02 AM | 6127 | | | BP 199 Request - Released | | $4.00 | -------- |
| THA | 7/13/2020 8:14:02 AM | 6127 | | 3525 | Donation | ($4.00) | | $361.73 |
| THA | 7/13/2020 8:13:52 AM | 6069 | | | BP 199 Request - Released | | $16.50 | -------- |
| THA | 7/13/2020 8:13:52 AM | 6069 | | 3523 | Donation | ($16.50) | | $365.73 |
| THA | 7/10/2020 7:53:17 AM | TL0710 | | | TRUL Withdrawal | ($2.00) | | $382.23 |
| THA | 7/7/2020 11:44:15 AM | 88 | | | Sales | $15.00 | | $384.23 |
| THA | 7/6/2020 2:17:29 PM | 5975 | | | SPO - Released | | $94.30 | -------- |
| THA | 7/6/2020 2:17:29 PM | 112 | | | Sales | ($125.70) | | $369.23 |
| THA | 7/3/2020 6:35:10 AM | 6127 | | | BP 199 Request | | ($4.00) | -------- |
| THA | 7/2/2020 7:06:45 AM | 33320184 | | | Western Union | $40.00 | | $494.93 |
| THA | 7/2/2020 7:06:45 AM | 33320184 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 7/1/2020 6:47:28 AM | TL0701 | | | TRUL Withdrawal | ($5.00) | | $454.93 |
| THA | 7/1/2020 6:47:17 AM | 6069 | | | BP 199 Request | | ($16.50) | -------- |
| THA | 6/30/2020 8:04:48 AM | 33320182 | | | Western Union | $100.00 | | $459.93 |
| THA | 6/30/2020 8:04:48 AM | 33320182 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 6/29/2020 8:13:41 AM | 51 | | | Sales | ($26.60) | | $359.93 |
| THA | 6/29/2020 5:11:59 AM | 70111803 | | | Lockbox - CD | $50.00 | | $386.53 |
| THA | 6/29/2020 5:11:59 AM | 70111803 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | | TL0628 | | | TRUL Withdrawal | ($2.00) | | $336.53 |

Exhibit 2 - Page 1 of 12

InmateStatementCombined

| Alpha Code | Date | Ref | | Transaction | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| | 6/28/2020 7:15:49 AM | | | | | | |
| THA | 6/25/2020 6:36:53 AM | TL0625 | | TRUL Withdrawal | ($2.00) | | $338.53 |
| THA | 6/25/2020 6:06:08 AM | 5975 | | SPO | | ($94.30) | -------- |
| THA | 6/23/2020 12:46:17 PM | 75 | | Sales | ($27.50) | | $340.53 |
| THA | 6/23/2020 6:35:25 AM | TL0623 | | TRUL Withdrawal | ($2.00) | | $368.03 |
| THA | 6/16/2020 2:07:22 PM | 115 | | Sales | ($30.20) | | $370.03 |
| THA | 6/8/2020 1:00:27 PM | 54 | | Sales | ($16.40) | | $400.23 |
| THA | 6/5/2020 11:27:21 AM | VIPP0520 | | Payroll - IPP | $15.00 | | $416.63 |
| THA | 6/2/2020 3:30:12 PM | 5630 | | BP 199 Request - Released | | $14.00 | -------- |
| THA | 6/2/2020 3:30:12 PM | 5630 | 2993 | Donation | ($14.00) | | $401.63 |
| THA | 6/1/2020 8:59:43 AM | 5537 | | BP 199 Request - Released | | $9.00 | -------- |
| THA | 6/1/2020 8:59:43 AM | 5537 | 2910 | Donation | ($9.00) | | $415.63 |
| THA | 5/30/2020 6:54:26 AM | TL0530 | | TRUL Withdrawal | ($5.00) | | $424.63 |
| THA | 5/30/2020 6:53:44 AM | 5630 | | BP 199 Request | | ($14.00) | -------- |
| THA | 5/29/2020 11:04:56 AM | 33320150 | | Western Union | $40.00 | | $429.63 |
| THA | 5/29/2020 11:04:56 AM | 33320150 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 5/29/2020 10:05:03 AM | 33320150 | | Western Union | $100.00 | | $389.63 |
| THA | 5/29/2020 10:05:03 AM | 33320150 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 5/27/2020 9:36:16 AM | 28 | | Sales | ($12.80) | | $289.63 |

1 2 3 4 5 6

**Total Transactions: 300**

| | | Totals: | $274.90 | ($12.00) |
|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |
| Totals: | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,331.00 | $1,035.55 | $289.02 | $473.83 | $380.58 | N/A | N/A |

Exhibit 2 - Page 2 of 12

InmateStatementCombined

## Inmate Statement

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 91909080 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | VIALVA, CHRISTOPHER | **Housing Unit:** | |
| **Report Date:** | 08/06/2020 | **Living Quarters:** | |
| **Report Time:** | 1:24:07 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 5/21/2020 7:16:45 AM | 5537 | | | BP 199 Request | | ($9.00) | -------- |
| THA | 5/19/2020 11:14:56 AM | 69 | | | Sales | ($24.15) | | $302.43 |
| THA | 5/19/2020 8:04:47 AM | 33320140 | | | Western Union | $90.00 | | $326.58 |
| THA | 5/19/2020 8:04:47 AM | 33320140 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 5/14/2020 11:04:24 AM | 5397 | | | BP 199 Request - Released | | $4.00 | -------- |
| THA | 5/14/2020 11:04:24 AM | 5397 | | 2716 | Donation | ($4.00) | | $236.58 |
| THA | 5/12/2020 12:57:47 PM | 5139 | | | SPO - Released | | $106.00 | -------- |
| THA | 5/12/2020 12:57:47 PM | 80 | | | Sales | ($125.75) | | $240.58 |
| THA | 5/10/2020 6:56:40 AM | TL0510 | | | TRUL Withdrawal | ($5.00) | | $366.33 |
| THA | 5/9/2020 6:34:41 AM | 5397 | | | BP 199 Request | | ($4.00) | -------- |
| THA | 5/9/2020 12:09:26 AM | 70107501 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 5/8/2020 1:04:56 PM | 33320129 | | | Western Union | $40.00 | | $371.33 |
| THA | 5/8/2020 1:04:56 PM | 33320129 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 5/8/2020 9:25:54 AM | VIPP0420 | | | Payroll - IPP | $15.00 | | $331.33 |
| THA | 5/7/2020 2:52:01 PM | 5253 | | | BP 199 Request - Released | | $25.50 | -------- |
| THA | 5/7/2020 2:52:01 PM | 5253 | | 2670 | Donation | ($25.50) | | $316.33 |
| THA | 5/5/2020 6:46:06 AM | 2 | | | Sales | ($5.10) | | $341.83 |
| THA | 5/5/2020 6:45:54 AM | 1 | | | Sales | $1.60 | | $346.93 |
| THA | 5/4/2020 12:21:50 PM | 61 | | | Sales | ($16.55) | | $345.33 |
| THA | 5/2/2020 6:57:57 AM | TL0502 | | | TRUL Withdrawal | ($2.00) | | $361.88 |
| THA | 5/1/2020 6:28:48 AM | 5253 | | | BP 199 Request | | ($25.50) | -------- |
| THA | 4/30/2020 8:04:38 AM | 33320121 | | | Western Union | $200.00 | | $363.88 |
| THA | 4/30/2020 8:04:38 AM | 33320121 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 4/27/2020 12:37:41 PM | 64 | | | Sales | ($8.10) | | $163.88 |
| THA | 4/27/2020 6:27:56 AM | TL0427 | | | TRUL Withdrawal | ($2.00) | | $171.98 |
| THA | 4/25/2020 5:09:38 AM | 70107501 | | | Lockbox - CD | $40.00 | | $173.98 |
| THA | 4/22/2020 3:06:02 PM | 5139 | | | SPO | | ($106.00) | -------- |
| THA | 4/21/2020 12:15:00 PM | 56 | | | Sales | ($30.40) | | $133.98 |
| THA | 4/19/2020 6:45:18 AM | TL0419 | | | TRUL Withdrawal | ($2.00) | | $164.38 |
| THA | 4/17/2020 6:37:58 AM | TL0417 | | | TRUL Withdrawal | ($2.00) | | $166.38 |
| THA | 4/15/2020 9:59:02 AM | 4930 | | | BP 199 Request - Released | | $4.00 | -------- |
| THA | | 4930 | | 2385 | Donation | ($4.00) | | $168.38 |

Exhibit 2 - Page 3 of 12

InmateStatementCombined

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4/15/2020 9:59:02 AM | | | | | | |
| THA | 4/13/2020 12:23:22 PM | 4908 | | BP 199 Request - Released | | $1.50 | -------- |
| THA | 4/13/2020 12:23:22 PM | 4908 | 2328 | Donation | ($1.50) | | $172.38 |
| THA | 4/13/2020 12:22:55 PM | 4854 | | BP 199 Request - Released | | $16.00 | -------- |
| THA | 4/13/2020 12:22:55 PM | 4854 | 2326 | Donation | ($16.00) | | $173.88 |
| THA | 4/13/2020 7:23:44 AM | TL0413 | | TRUL Withdrawal | ($2.00) | | $189.88 |
| THA | 4/11/2020 6:56:42 AM | TL0411 | | TRUL Withdrawal | ($2.00) | | $191.88 |
| THA | 4/9/2020 8:29:29 AM | TFN0409 | | Phone Withdrawal | $3.17 | | $193.88 |
| THA | 4/7/2020 7:13:41 PM | TL0407 | | TRUL Withdrawal | ($2.00) | | $190.71 |
| THA | 4/6/2020 6:09:09 PM | 107 | | Sales | ($22.50) | | $192.71 |
| THA | 4/6/2020 11:01:18 AM | TFN0406 | | Phone Withdrawal | ($3.00) | | $215.21 |
| THA | 4/6/2020 7:52:33 AM | 13 | | Sales | ($79.30) | | $218.21 |
| THA | 4/5/2020 6:51:49 AM | 4930 | | BP 199 Request | | ($4.00) | -------- |
| THA | 4/5/2020 6:35:25 AM | TL0405 | | TRUL Withdrawal | ($2.00) | | $297.51 |
| THA | 4/4/2020 2:04:53 PM | 33320095 | | Western Union | $40.00 | | $299.51 |
| THA | 4/4/2020 2:04:53 PM | 33320095 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 4/3/2020 2:22:06 PM | 4908 | | BP 199 Request | | ($1.50) | -------- |
| THA | 4/3/2020 8:07:14 AM | TFN0403 | | Phone Withdrawal | ($6.00) | | $259.51 |
| THA | 4/2/2020 1:06:32 PM | VIPP0320 | | Payroll - IPP | $15.00 | | $265.51 |

1 2 3 4 5 6

**Total Transactions: 300**

| | | | |
|---|---|---|---|
| | **Totals:** | $274.90 | ($12.00) |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |
| **Totals:** | **$447.98** | **$0.00** | **$0.00** | **$0.00** | **$16.00** | **$0.00** | **$0.00** | **$463.98** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Exhibit 2 - Page 4 of 12

InmateStatementCombined                                                                     Page 1 of 2

## Inmate Statement                                      🖨 PRINT

| Inmate Reg #: | 91909080 | | | Current Institution: | Terre Haute - FCC |
| Inmate Name: | VIALVA, CHRISTOPHER | | | Housing Unit: | |
| Report Date: | 08/06/2020 | | | Living Quarters: | |
| Report Time: | 1:24:15 PM | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 4/2/2020 6:44:10 AM | 4854 | | | BP 199 Request | | ($16.00) | -------- |
| THA | 4/2/2020 6:43:34 AM | TL0402 | | | TRUL Withdrawal | ($2.00) | | $250.51 |
| THA | 4/1/2020 5:30:50 PM | 52 | | | Sales | ($25.50) | | $252.51 |
| THA | 3/31/2020 9:04:32 AM | 33320091 | | | Western Union | $100.00 | | $278.01 |
| THA | 3/31/2020 9:04:32 AM | 33320091 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 3/31/2020 7:10:22 AM | TL0331 | | | TRUL Withdrawal | ($2.00) | | $178.01 |
| THA | 3/30/2020 10:34:21 AM | TFN0330 | | | Phone Withdrawal | ($3.00) | | $180.01 |
| THA | 3/29/2020 6:52:55 AM | TL0329 | | | TRUL Withdrawal | ($2.00) | | $183.01 |
| THA | 3/27/2020 7:52:11 AM | TFN0327 | | | Phone Withdrawal | ($6.00) | | $185.01 |
| THA | 3/26/2020 7:07:03 AM | 33320086 | | | Western Union | $40.00 | | $191.01 |
| THA | 3/26/2020 7:07:03 AM | 33320086 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 3/25/2020 1:05:21 PM | 33320085 | | | Western Union | $20.00 | | $151.01 |
| THA | 3/25/2020 1:05:21 PM | 33320085 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 3/25/2020 7:01:22 AM | TL0325 | | | TRUL Withdrawal | ($2.00) | | $131.01 |
| THA | 3/23/2020 12:55:39 PM | TL0323 | | | TRUL Withdrawal | ($2.00) | | $133.01 |
| THA | 3/22/2020 6:50:49 AM | TL0322 | | | TRUL Withdrawal | ($2.00) | | $135.01 |
| THA | 3/20/2020 8:51:30 AM | TFN0320 | | | Phone Withdrawal | ($6.00) | | $137.01 |
| THA | 3/20/2020 8:06:20 AM | TFN0320 | | | Phone Withdrawal | ($3.00) | | $143.01 |
| THA | 3/18/2020 6:33:13 PM | TL0318 | | | TRUL Withdrawal | ($2.00) | | $146.01 |
| THA | 3/16/2020 6:40:06 AM | TL0316 | | | TRUL Withdrawal | ($2.00) | | $148.01 |
| THA | 3/13/2020 10:56:59 AM | TFN0313 | | | Phone Withdrawal | ($3.00) | | $150.01 |
| THA | 3/13/2020 8:03:17 AM | TFN0313 | | | Phone Withdrawal | ($3.00) | | $153.01 |
| THA | 3/12/2020 6:41:07 AM | TL0312 | | | TRUL Withdrawal | ($2.00) | | $156.01 |
| THA | 3/9/2020 6:53:27 AM | 3603 | | | SPO - Released | | $115.45 | -------- |
| THA | 3/9/2020 6:53:27 AM | 5 | | | Sales | ($99.45) | | $158.01 |
| THA | 3/9/2020 6:37:15 AM | TL0309 | | | TRUL Withdrawal | ($2.00) | | $257.46 |
| THA | 3/6/2020 10:57:26 AM | TFN0306 | | | Phone Withdrawal | ($3.00) | | $259.46 |
| THA | 3/6/2020 8:08:20 AM | TFN0306 | | | Phone Withdrawal | ($3.00) | | $262.46 |
| THA | 3/3/2020 6:41:42 AM | TL0303 | | | TRUL Withdrawal | ($2.00) | | $265.46 |
| THA | 3/2/2020 6:32:13 AM | 4 | | | Sales | ($32.20) | | $267.46 |
| THA | 2/28/2020 8:00:26 AM | TFN0228 | | | Phone Withdrawal | ($3.00) | | $299.66 |
| THA | | 33320058 | | | Western Union | $40.00 | | $302.66 |

Exhibit 2 - Page 5 of 12

InmateStatementCombined

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2/27/2020 8:05:13 AM | | | | | |
| THA | 2/27/2020 8:05:13 AM | 33320058 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 2/27/2020 7:04:37 AM | TL0227 | | TRUL Withdrawal | ($2.00) | | $262.66 |
| THA | 2/25/2020 1:58:13 PM | 3747 | | BP 199 Request - Released | | $18.60 | -------- |
| THA | 2/25/2020 1:58:13 PM | 3747 | 1805 | Donation | ($18.60) | | $264.66 |
| THA | 2/24/2020 11:07:34 AM | TFN0224 | | Phone Withdrawal | ($2.00) | | $283.26 |
| THA | 2/24/2020 7:54:03 AM | 34 | | Sales | ($21.20) | | $285.26 |
| THA | 2/21/2020 11:03:23 AM | TFN0221 | | Phone Withdrawal | ($3.00) | | $306.46 |
| THA | 2/21/2020 8:01:01 AM | TFN0221 | | Phone Withdrawal | ($3.00) | | $309.46 |
| THA | 2/20/2020 7:03:48 AM | TL0220 | | TRUL Withdrawal | ($2.00) | | $312.46 |
| THA | 2/19/2020 12:22:19 PM | 65 | | Sales | ($5.00) | | $314.46 |
| THA | 2/19/2020 10:53:24 AM | 3337 | | BP 199 Request - Released | | $4.00 | -------- |
| THA | 2/19/2020 10:53:24 AM | 3337 | 1742 | Donation | ($4.00) | | $319.46 |
| THA | 2/18/2020 5:17:44 PM | 3747 | | BP 199 Request | | ($18.60) | -------- |
| THA | 2/18/2020 4:53:39 PM | TL0218 | | TRUL Withdrawal | ($2.00) | | $323.46 |
| THA | 2/18/2020 10:04:33 AM | 33320049 | | Western Union | $186.00 | | $325.46 |
| THA | 2/18/2020 10:04:33 AM | 33320049 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 2/17/2020 11:00:25 AM | TFN0217 | | Phone Withdrawal | $3.18 | | $139.46 |
| THA | 2/17/2020 10:57:34 AM | TFN0217 | | Phone Withdrawal | ($2.00) | | $136.28 |

1 2 3 4 5 6

**Total Transactions: 300**

| | | |
|---|---|---|
| **Totals:** | **$274.90** | **($12.00)** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |
| **Totals:** | **$447.98** | **$0.00** | **$0.00** | **$0.00** | **$16.00** | **$0.00** | **$0.00** | **$463.98** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

https://10.33.25.106/truweb/InmateStatementCombined.aspx

8/6/2020

Exhibit 2 - Page 6 of 12

InmateStatementCombined

Page 1 of 2

## Inmate Statement

**PRINT**

| Inmate Reg #: | 91909080 | | | Current Institution: | Terre Haute - FCC |
|---|---|---|---|---|---|
| Inmate Name: | VIALVA, CHRISTOPHER | | | Housing Unit: | |
| Report Date: | 08/06/2020 | | | Living Quarters: | |
| Report Time: | 1:24:22 PM | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 2/17/2020 6:40:40 AM | TL0217 | | | TRUL Withdrawal | ($2.00) | | $138.28 |
| THA | 2/14/2020 8:01:40 AM | TFN0214 | | | Phone Withdrawal | ($3.00) | | $140.28 |
| THA | 2/13/2020 9:15:26 AM | 3603 | | | SPO | | ($115.45) | -------- |
| THA | 2/12/2020 7:03:50 AM | TL0212 | | | TRUL Withdrawal | ($2.00) | | $143.28 |
| THA | 2/10/2020 6:51:43 AM | 3 | | | Sales | ($13.25) | | $145.28 |
| THA | 2/10/2020 6:40:10 AM | TL0210 | | | TRUL Withdrawal | ($2.00) | | $158.53 |
| THA | 2/7/2020 8:02:43 AM | TFN0207 | | | Phone Withdrawal | ($6.00) | | $160.53 |
| THA | 2/6/2020 7:02:42 AM | 3337 | | | BP 199 Request | | ($4.00) | -------- |
| THA | 2/6/2020 6:48:49 AM | TL0206 | | | TRUL Withdrawal | ($2.00) | | $166.53 |
| THA | 2/5/2020 5:04:45 PM | 33320036 | | | Western Union | $40.00 | | $168.53 |
| THA | 2/5/2020 5:04:45 PM | 33320036 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 2/4/2020 6:54:56 AM | TL0204 | | | TRUL Withdrawal | ($2.00) | | $128.53 |
| THA | 2/3/2020 10:58:44 AM | TFN0203 | | | Phone Withdrawal | ($2.00) | | $130.53 |
| THA | 2/3/2020 9:55:23 AM | 3159 | | | BP 199 Request - Released | | $18.50 | -------- |
| THA | 2/3/2020 9:55:23 AM | 3159 | 1547 | | Donation | ($18.50) | | $132.53 |
| THA | 2/3/2020 7:34:51 AM | 11 | | | Sales | ($25.65) | | $151.03 |
| THA | 2/2/2020 6:47:40 AM | TL0202 | | | TRUL Withdrawal | ($2.00) | | $176.68 |
| THA | 1/31/2020 7:52:40 AM | TFN0131 | | | Phone Withdrawal | ($4.00) | | $178.68 |
| THA | 1/31/2020 7:01:48 AM | TL0131 | | | TRUL Withdrawal | ($2.00) | | $182.68 |
| THA | 1/30/2020 5:47:44 PM | 3159 | | | BP 199 Request | | ($18.50) | -------- |
| THA | 1/30/2020 6:57:57 AM | TL0130 | | | TRUL Withdrawal | ($2.00) | | $184.68 |
| THA | 1/29/2020 2:04:28 PM | 33320029 | | | Western Union | $185.00 | | $186.68 |
| THA | 1/29/2020 2:04:28 PM | 33320029 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 1/28/2020 6:55:55 AM | TL0128 | | | TRUL Withdrawal | ($2.00) | | $1.68 |
| THA | 1/25/2020 6:53:19 AM | TL0125 | | | TRUL Withdrawal | ($2.00) | | $3.68 |
| THA | 1/23/2020 6:17:42 AM | 2926 | | | BP 199 Request - Released | | $50.00 | -------- |
| THA | 1/23/2020 6:17:42 AM | 2926 | 1421 | | Gift | ($50.00) | | $5.68 |
| THA | 1/21/2020 6:51:25 AM | 2926 | | | BP 199 Request | | ($50.00) | -------- |
| THA | 1/21/2020 6:50:03 AM | TL0121 | | | TRUL Withdrawal | ($2.00) | | $55.68 |
| THA | 1/20/2020 11:03:42 AM | TFN0120 | | | Phone Withdrawal | ($2.00) | | $57.68 |
| THA | 1/20/2020 8:14:19 AM | TFN0120 | | | Phone Withdrawal | ($3.00) | | $59.68 |
| THA | | TFN0117 | | | Phone Withdrawal | ($3.00) | | $62.68 |

InmateStatementCombined

| | | | | | | | | |
|-----|------------------------------|----------|------|---------------------------|----------|---------|---|----------|
| | 1/17/2020 12:34:42 PM | | | | | | | |
| THA | 1/17/2020 11:39:04 AM | TFN0117 | | Phone Withdrawal | ($1.00) | | | $65.68 |
| THA | 1/17/2020 6:49:57 AM | TL0117 | | TRUL Withdrawal | ($2.00) | | | $66.68 |
| THA | 1/15/2020 2:38:08 PM | 2538 | | BP 199 Request - Released | | $4.00 | | -------- |
| THA | 1/15/2020 2:38:08 PM | 2538 | 1345 | Donation | ($4.00) | | | $68.68 |
| THA | 1/13/2020 11:02:11 AM | TFN0113 | | Phone Withdrawal | ($2.00) | | | $72.68 |
| THA | 1/13/2020 8:00:47 AM | TFN0113 | | Phone Withdrawal | ($3.00) | | | $74.68 |
| THA | 1/13/2020 7:40:25 AM | 19 | | Sales | ($15.65) | | | $77.68 |
| THA | 1/11/2020 8:35:33 AM | TL0111 | | TRUL Withdrawal | ($2.00) | | | $93.33 |
| THA | 1/8/2020 6:42:09 AM | TL0108 | | TRUL Withdrawal | ($2.00) | | | $95.33 |
| THA | 1/7/2020 10:44:22 AM | 2492 | | BP 199 Request - Released | | $10.00 | | -------- |
| THA | 1/7/2020 10:44:22 AM | 2492 | 1205 | Donation | ($10.00) | | | $97.33 |
| THA | 1/7/2020 6:57:01 AM | 2538 | | BP 199 Request | | ($4.00) | | -------- |
| THA | 1/7/2020 5:13:36 AM | 70199601 | | Lockbox - CD | $40.00 | | | $107.33 |
| THA | 1/7/2020 5:13:36 AM | 70199601 | | Pre-Release Transaction | | $0.00 | | -------- |
| THA | 1/6/2020 10:59:11 AM | TFN0106 | | Phone Withdrawal | ($3.00) | | | $67.33 |
| THA | 1/6/2020 7:27:49 AM | 1884 | | SPO - Released | | $59.25 | | -------- |
| THA | 1/6/2020 7:27:49 AM | 11 | | Sales | ($91.90) | | | $70.33 |
| THA | 1/5/2020 10:13:31 AM | TFN0105 | | Phone Withdrawal | ($2.00) | | | $162.23 |

1 2 3 4 5 6

**Total Transactions: 300**

| | | |
|---|---|---|
| **Totals:** | $274.90 | ($12.00) |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| THA | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |
| **Totals:** | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|----------------------------|-------------------------------|-------------------------------------|----------------------------------|--------------------------------|-----------------------------------|----------------------------------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Exhibit 2 - Page 8 of 12

InmateStatementCombined

Page 1 of 2

## Inmate Statement

🖨 **PRINT**

| Inmate Reg #: | 91909080 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | VIALVA, CHRISTOPHER | Housing Unit: | |
| Report Date: | 08/06/2020 | Living Quarters: | |
| Report Time: | 1:24:29 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 1/5/2020 7:02:18 AM | 2492 | | | BP 199 Request | | ($10.00) | -------- |
| THA | 1/5/2020 7:01:39 AM | TL0105 | | | TRUL Withdrawal | ($2.00) | | $164.23 |
| THA | 1/4/2020 5:13:55 AM | 70199501 | | | Lockbox - CD | $100.00 | | $166.23 |
| THA | 1/4/2020 5:13:55 AM | 70199501 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 1/3/2020 8:01:15 AM | TFN0103 | | | Phone Withdrawal | ($5.00) | | $66.23 |
| THA | 1/1/2020 7:13:03 AM | TL0101 | | | TRUL Withdrawal | ($2.00) | | $71.23 |
| THA | 12/31/2019 6:57:45 AM | TL1231 | | | TRUL Withdrawal | ($2.00) | | $73.23 |
| THA | 12/30/2019 10:58:20 AM | TFN1230 | | | Phone Withdrawal | ($1.00) | | $75.23 |
| THA | 12/30/2019 8:52:30 AM | 2137 | | | BP 199 Request - Released | | $2.50 | -------- |
| THA | 12/30/2019 8:52:30 AM | 2137 | 1065 | | Donation | ($2.50) | | $76.23 |
| THA | 12/30/2019 7:19:49 AM | 7 | | | Sales | ($5.20) | | $78.73 |
| THA | 12/27/2019 8:00:50 AM | TFN1227 | | | Phone Withdrawal | ($6.00) | | $83.93 |
| THA | 12/25/2019 10:02:45 AM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $89.93 |
| THA | 12/25/2019 7:01:53 AM | TL1225 | | | TRUL Withdrawal | ($2.00) | | $91.93 |
| THA | 12/23/2019 1:20:11 PM | 2137 | | | BP 199 Request | | ($2.50) | -------- |
| THA | 12/23/2019 1:18:59 PM | 2136 | | | BP 199 Request - Released | | $2.50 | -------- |
| THA | 12/23/2019 1:12:13 PM | 2136 | | | BP 199 Request | | ($2.50) | -------- |
| THA | 12/23/2019 5:14:24 AM | 70198803 | | | Lockbox - CD | $25.00 | | $93.93 |
| THA | 12/23/2019 5:14:24 AM | 70198803 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 12/20/2019 8:03:15 AM | TFN1220 | | | Phone Withdrawal | ($5.00) | | $68.93 |
| THA | 12/16/2019 11:20:33 AM | TFN1216 | | | Phone Withdrawal | ($2.00) | | $73.93 |
| THA | 12/16/2019 9:29:58 AM | 80 | | | Sales | ($62.90) | | $75.93 |
| THA | 12/16/2019 7:11:00 AM | TL1216 | | | TRUL Withdrawal | ($5.00) | | $138.83 |
| THA | 12/13/2019 11:06:37 AM | TFN1213 | | | Phone Withdrawal | ($3.00) | | $143.83 |
| THA | 12/11/2019 11:16:39 AM | 1884 | | | SPO | | ($59.25) | -------- |
| THA | 12/10/2019 3:03:37 PM | 1609 | | | BP 199 Request - Released | | $10.00 | -------- |
| THA | 12/10/2019 3:03:37 PM | 1609 | 881 | | Donation | ($10.00) | | $146.83 |
| THA | 12/9/2019 11:00:36 AM | TFN1209 | | | Phone Withdrawal | ($3.00) | | $156.83 |
| THA | 12/9/2019 7:03:00 AM | TL1209 | | | TRUL Withdrawal | ($5.00) | | $159.83 |
| THA | 12/9/2019 7:00:49 AM | 13 | | | Sales | ($35.65) | | $164.83 |
| THA | 12/6/2019 12:04:00 PM | 1447 | | | BP 199 Request - Released | | $14.00 | -------- |
| THA | | 1447 | 780 | | Donation | ($14.00) | | $200.48 |

Exhibit 2 - Page 9 of 12

InmateStatementCombined

| | | | | | | |
|---|---|---|---|---|---|---|
| THA | 12/6/2019 12:04:00 PM 12/6/2019 8:00:34 AM | TFN1206 | Phone Withdrawal | ($5.00) | | $214.48 |
| THA | 12/4/2019 7:07:47 AM | 1609 | BP 199 Request | | ($10.00) | -------- |
| THA | 12/4/2019 5:10:48 AM | 70197501 | Lockbox - CD | $100.00 | | $219.48 |
| THA | 12/4/2019 5:10:48 AM | 70197501 | Pre-Release Transaction | | $0.00 | -------- |
| THA | 12/3/2019 7:10:52 AM | TL1203 | TRUL Withdrawal | ($5.00) | | $119.48 |
| THA | 12/2/2019 6:59:15 AM | 9 | Sales | ($89.05) | | $124.48 |
| THA | 11/29/2019 10:51:15 AM | TFN1129 | Phone Withdrawal | ($2.00) | | $213.53 |
| THA | 11/29/2019 8:11:34 AM | TFN1129 | Phone Withdrawal | ($3.00) | | $215.53 |
| THA | 11/26/2019 5:19:02 PM | 1447 | BP 199 Request | | ($14.00) | -------- |
| THA | 11/26/2019 5:17:34 PM | TL1126 | TRUL Withdrawal | ($5.00) | | $218.53 |
| THA | 11/26/2019 5:11:18 AM | 70197101 | Lockbox - CD | $40.00 | | $223.53 |
| THA | 11/26/2019 5:11:18 AM | 70197101 | Pre-Release Transaction | | $0.00 | -------- |
| THA | 11/26/2019 5:11:16 AM | 70197101 | Lockbox - CD | $100.00 | | $183.53 |
| THA | 11/26/2019 5:11:16 AM | 70197101 | Pre-Release Transaction | | $0.00 | -------- |
| THA | 11/25/2019 10:05:34 AM | 1124 | SPO - Released | $115.70 | | -------- |
| THA | 11/25/2019 10:05:34 AM | 98 | Sales | ($110.20) | | $83.53 |
| THA | 11/22/2019 11:00:47 AM | TFN1122 | Phone Withdrawal | ($3.00) | | $193.73 |
| THA | 11/22/2019 8:36:43 AM | TFN1122 | Phone Withdrawal | ($3.00) | | $196.73 |

1 2 3 4 5 6

**Total Transactions: 300**

| | | |
|---|---|---|
| **Totals:** | $274.90 | ($12.00) |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |
| **Totals:** | **$447.98** | **$0.00** | **$0.00** | **$0.00** | **$16.00** | **$0.00** | **$0.00** | **$463.98** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

https://10.33.25.106/truweb/InmateStatementCombined.aspx

8/6/2020

Exhibit 2 - Page 10 of 12

InmateStatementCombined                                                    Page 1 of 2

## Inmate Statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | | 91909080 | | | | **Current Institution:** | | Terre Haute - FCC |
| **Inmate Name:** | | VIALVA, CHRISTOPHER | | | | **Housing Unit:** | | |
| **Report Date:** | | 08/06/2020 | | | | **Living Quarters:** | | |
| **Report Time:** | | 1:24:35 PM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 11/21/2019 6:58:18 AM | TL1121 | | | TRUL Withdrawal | ($2.00) | | $199.73 |
| THA | 11/18/2019 9:39:49 AM | TFN1118 | | | Phone Withdrawal | ($3.00) | | $201.73 |
| THA | 11/18/2019 7:01:19 AM | 2 | | | Sales | ($28.00) | | $204.73 |
| THA | 11/18/2019 6:56:04 AM | TL1118 | | | TRUL Withdrawal | ($2.00) | | $232.73 |
| THA | 11/15/2019 8:38:06 AM | TFN1115 | | | Phone Withdrawal | ($3.00) | | $234.73 |
| THA | 11/13/2019 7:04:54 AM | 1124 | | | SPO | | ($115.70) | -------- |
| THA | 11/12/2019 10:01:39 AM | 82 | | | Sales | ($20.10) | | $237.73 |
| THA | 11/11/2019 8:17:09 AM | TFN1111 | | | Phone Withdrawal | ($6.00) | | $257.83 |
| THA | 11/9/2019 9:43:34 AM | 852 | | | BP 199 Request - Released | | $16.00 | -------- |
| THA | 11/9/2019 9:43:34 AM | 852 | | 528 | Donation | ($16.00) | | $263.83 |
| THA | 11/8/2019 8:01:30 AM | TFN1108 | | | Phone Withdrawal | ($6.00) | | $279.83 |
| THA | 11/8/2019 6:47:46 AM | TL1108 | | | TRUL Withdrawal | ($5.00) | | $285.83 |
| THA | 11/5/2019 11:10:15 AM | TFN1105 | | | Phone Withdrawal | ($3.00) | | $290.83 |
| THA | 11/5/2019 7:18:11 AM | 852 | | | BP 199 Request | | ($16.00) | -------- |
| THA | 11/5/2019 5:15:45 AM | 70195701 | | | Lockbox - CD | $160.00 | | $293.83 |
| THA | 11/5/2019 5:15:45 AM | 70195701 | | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 11/4/2019 11:15:49 AM | 42 | | | Sales | $2.55 | | $133.83 |
| THA | 11/4/2019 7:51:15 AM | 21 | | | Sales | ($21.95) | | $131.28 |
| THA | 11/1/2019 8:02:46 AM | TFN1101 | | | Phone Withdrawal | ($6.00) | | $153.23 |
| THA | 10/29/2019 4:42:22 PM | TL1029 | | | TRUL Withdrawal | ($5.00) | | $159.23 |
| THA | 10/28/2019 6:57:46 AM | 15 | | | Sales | ($5.15) | | $164.23 |
| THA | 10/25/2019 8:05:33 AM | TFN1025 | | | Phone Withdrawal | ($6.00) | | $169.38 |
| THA | 10/22/2019 2:28:29 PM | 109 | | | Sales | ($28.65) | | $175.38 |
| THA | 10/21/2019 6:44:55 AM | TL1021 | | | TRUL Withdrawal | ($5.00) | | $204.03 |
| THA | 10/18/2019 8:33:30 AM | TFN1018 | | | Phone Withdrawal | ($3.00) | | $209.03 |
| THA | 10/16/2019 1:12:51 PM | 388 | | | BP 199 Request - Released | | $4.00 | -------- |
| THA | 10/16/2019 1:12:51 PM | 388 | | 249 | Donation | ($4.00) | | $212.03 |
| THA | 10/16/2019 1:10:49 PM | 191 | | | BP 199 Request - Released | | $10.00 | -------- |
| THA | 10/16/2019 1:10:49 PM | 191 | | 227 | Donation | ($10.00) | | $216.03 |
| THA | 10/15/2019 2:06:52 PM | 160 | | | Sales | ($13.55) | | $226.03 |
| THA | 10/15/2019 7:11:49 AM | TL1015 | | | TRUL Withdrawal | ($5.00) | | $239.58 |
| THA | | TFN1014 | | | Phone Withdrawal | ($3.00) | | $244.58 |

https://10.33.25.106/truweb/InmateStatementCombined.aspx                    8/6/2020

Exhibit 2 - Page 11 of 12

InmateStatementCombined

| | Date | | | Type | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| | 10/14/2019 11:27:36 AM | | | | | | |
| THA | 10/14/2019 11:06:45 AM | TFN1014 | | Phone Withdrawal | ($3.00) | | $247.58 |
| THA | 10/13/2019 7:26:58 AM | 388 | | BP 199 Request | | ($4.00) | -------- |
| THA | 10/12/2019 7:34:28 AM | TFN1012 | | Phone Withdrawal | ($2.00) | | $250.58 |
| THA | 10/12/2019 5:15:28 AM | 70194201 | | Lockbox - CD | $40.00 | | $252.58 |
| THA | 10/12/2019 5:15:28 AM | 70194201 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 10/11/2019 10:18:31 AM | TFN1011 | | Phone Withdrawal | ($7.00) | | $212.58 |
| THA | 10/8/2019 6:49:14 AM | TL1008 | | TRUL Withdrawal | ($5.00) | | $219.58 |
| THA | 10/7/2019 2:01:15 PM | 11 | | Sales | ($23.80) | | $224.58 |
| THA | 10/6/2019 6:48:28 AM | 191 | | BP 199 Request | | ($10.00) | -------- |
| THA | 10/5/2019 12:09:26 AM | 70192701 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 10/4/2019 10:54:31 AM | TFN1004 | | Phone Withdrawal | ($3.00) | | $248.38 |
| THA | 10/4/2019 8:00:47 AM | TFN1004 | | Phone Withdrawal | ($3.00) | | $251.38 |
| THA | 10/4/2019 5:14:23 AM | 70193601 | | Lockbox - CD | $100.00 | | $254.38 |
| THA | 10/4/2019 5:14:23 AM | 70193601 | | Pre-Release Transaction | | $0.00 | -------- |
| THA | 10/2/2019 12:12:26 PM | 10263 | | BP 199 Request - Released | | $4.00 | -------- |
| THA | 10/2/2019 12:12:26 PM | 10263 | 36 | Donation | ($4.00) | | $154.38 |
| THA | 10/1/2019 12:45:31 PM | 14 | | Sales | ($25.70) | | $158.38 |
| THA | 10/1/2019 6:59:47 AM | TL1001 | | TRUL Withdrawal | ($5.00) | | $184.08 |

1 2 3 4 5 6

**Total Transactions: 300**

| | | Totals: | $274.90 | ($12.00) |
|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $447.98 | $0.00 | $0.00 | $0.00 | $16.00 | $0.00 | $0.00 | $463.98 |
| **Totals:** | **$447.98** | **$0.00** | **$0.00** | **$0.00** | **$16.00** | **$0.00** | **$0.00** | **$463.98** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

https://10.33.25.106/truweb/InmateStatementCombined.aspx          8/6/2020

Exhibit 2 - Page 12 of 12