## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**T.J. WATSON, WARDEN,**<br>**USP TERRE HAUTE,**<br>**UNITED STATES OF AMERICA,**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)  **Case No. 2:20-cv-413-JMS-DLP**<br>)<br>)  **CAPITAL CASE**<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This matter comes before the Court on the motion of Susan M. Otto, counsel for Christopher André Vialva, requesting leave to appear *pro hac vice* in the captioned cause. On consideration of the motion, the Court finds that it should be and is hereby granted. The Clerk is authorized and directed to enter applicant's contact information as follows:

Susan M. Otto
Federal Public Defender Western District of Oklahoma
215 Dean A. McGee Avenue   Suite 109
Oklahoma City, Oklahoma  73102
Telephone 405 609-5930        Telefacsimile 405 609-5932
Susan_Otto@fd.org

It is so ordered this _____ day of August, 2020.

_____
HON. JANE E. MAGNUS-STINSON
UNITED STATES DISTRICT JUDGE

Distribution list:
To all registered counsel by CM/ECF