# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-413-JMS-DLP** |
| | ) | |
| **T.J. WATSON, WARDEN,** | ) | **CAPITAL CASE** |
| **USP TERRE HAUTE,** | ) | **EXECUTION SCHEDULED FOR** |
| **UNITED STATES OF AMERICA,** | ) | **SEPTEMBER 24, 2020** |
| | ) | |
| **Respondents.** | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with S.D. Ind. L.R. 83-6(a), Emma V. Rolls respectfully requests this Court enter an Order granting her leave to appear *pro hac vice* for the purpose of appearing as counsel of record for Christopher André Vialva in the instant proceeding. In support of this motion, the undersigned states:

1) I am an Assistant Federal Public Defender in the Capital Habeas Unit of the Federal Public Defender Organization for the Western District of Oklahoma;

2) I am admitted to practice, currently in active status, and in good standing as an attorney in the Supreme Court of the State of Oklahoma (2000), the United States District Court for the Western District of Oklahoma (2014), the United States Court of Appeals for the Tenth Circuit (2014), and the United States Supreme Court (2005);

3) I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States. I have never received a reprimand or been subject to other disciplinary action from any court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar;

4) In accordance with S.D. Ind. L.R. 83-5(c), I certify that I have reviewed and will abide by the *Seventh Circuit Standards of Professional Conduct,* as well as the *Local Rules of the Southern District of Indiana*, including the Rules of Disciplinary Enforcement. I certify that I will abide by these rules and standards;

5) I am an employee of the United States Courts. My practice is restricted to the representation of indigent defendants pursuant a court appointment. I am requesting admission solely for purposes of representing Christopher André Vialva in litigation related to his confinement and scheduled execution. The admission fee has been waived;

6) As a result of my employment, I am registered in CM/ECF NextGen. I am registered for electronic case filing in this Court;

7) My current address is included in this Motion. I agree that I will notify the Clerk promptly of any change in address;

6) A proposed Order granting the relief requested is being submitted as an attachment to this Motion, in the form required by S.D. Ind. L.R. 5-5(d) .

Respectfully submitted,

/s/ *Emma V. Rolls*
EMMA V. ROLLS
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender Western District of Oklahoma
215 Dean A. McGee Avenue   Suite 707
Oklahoma City, Oklahoma  73102
Telephone 405 609-5979   Telefacsimile 405 609-5932
Electronic Mail for Service: Susan_Otto@fd.org
Counsel for Christopher André Vialva

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System.  I further certify that service was made *via* Federal Express on the following:

John F. Bash
United States Attorney
Western District of Texas
601 NW Loop 410   Suite 600
San Antonio, Texas 78216

Joseph H. Gay Jr.
Mark Frazier
Assistant United States Attorneys
W.D. Texas Waco Division
800 Franklin Street Suite 280
Waco, Texas 76701

T.J. Watson, Warden
United States Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802.

/s/ *Emma V. Rolls*
EMMA V. ROLLS
Assistant Federal Public Defender Capital Habeas Unit
Federal Public Defender Western District of Oklahoma