**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-413-JMS-DLP** |
| | ) | |
| **T.J. WATSON, WARDEN,** | ) | **CAPITAL CASE** |
| **USP TERRE HAUTE,** | ) | **EXECUTION SCHEDULED FOR** |
| **UNITED STATES OF AMERICA,** | ) | **SEPTEMBER 24, 2020** |
| | ) | |
| **Respondents.** | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This matter comes before the Court on the motion of Emma V. Rolls, counsel for Christopher

André Vialva, requesting leave to appear *pro hac vice* in the captioned cause.  On consideration of

the motion, the Court finds that it should be and is hereby granted.  The Clerk is authorized and

directed to enter applicant's contact information as follows:

Emma V. Rolls
Assistant Federal Public Defender Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee Avenue   Suite 707
Oklahoma City, Oklahoma  73102
Telephone 405 609-5979      Telefacsimile 405 609-5976
Susan_Otto@fd.org

It is so ordered this _____ day of August, 2020.

 

 

 

HON. JANE E. MAGNUS-STINSON
UNITED STATES DISTRICT JUDGE

Distribution list:
To all registered counsel by CM/ECF