UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDRE VIALVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00413-JMS-DLP |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

### Order to Show Cause

Petitioner Christopher Andre Vialva, a federal inmate scheduled for execution on September 24, 2020, filed this habeas corpus petition pursuant to 28 U.S.C. § 2241 challenging his death sentence.

The United States has already been notified of Mr. Vialva's filing. The United States shall have **through August 25, 2020**, to answer the allegations of the petition and show cause why the relief sought should not be granted. Mr. Vialva shall have **through September 1, 2020**, to reply. The Court does not anticipate extending these deadlines absent extraordinary circumstances.

The parties' response and reply briefs must address both the merits of Mr. Vialva's claims and the question of whether Mr. Vialva can raise those claims in a § 2241 petition. The parties must also address Mr. Vialva's pending motion to stay his execution in the response and reply briefs described above instead of briefing the motion separately.

Mr. Vialva's motion for leave to proceed *in forma pauperis*, dkt. [2], is **granted**.

**IT IS SO ORDERED.**

Date: 8/11/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Susan Margaret Otto
FEDERAL PUBLIC DEFENDER WESTERN DISTRICT OF OKLAHOMA
susan_otto@fd.org

Officer of the United States Attorney to be notified by Electronic Service