UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDRE VIALVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00413-JMS-DLP |
| | ) | |
| WARDEN, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

This matter has come before the Court on motion of Susan M. Otto of Federal

Public Defender Western District of Oklahoma, seeking an order granting leave to

appear *pro hac vice* for the purpose of appearing as counsel on behalf of the

Plaintiff, Christopher Andre Vialva, in the above-styled cause only, Dkt. [3]. Being

fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Susan M. Otto
Federal Public Defender Western District of Oklahoma
215 Dean A. McGee Avenue Suite 109
Oklahoma City, Oklahoma 73102
Telephone 405 609-5930 Telefacsimile 405 609-5932
Susan_Otto@fd.org

So ORDERED.

Date: 8/12/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.