UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHRISTOPHER ANDRE VIALVA,      )
                               )
                Petitioner,    )
                               )
        v.                     )        No. 2:20-cv-00413-JMS-DLP
                               )
WARDEN,                        )
UNITED STATES OF AMERICA,      )
                               )
                Respondents.   )

## ORDER

This matter has come before the Court on motion of Emma V. Rolls of Assistant Federal Public Defender Western District of Oklahoma, seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Plaintiff, Christopher Andre Vialva, in the above-styled cause only, Dkt. [4]]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Emma V. Rolls
Assistant Federal Public Defender Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee Avenue Suite 707
Oklahoma City, Oklahoma 73102
Telephone 405 609-5979 Telefacsimile 405 609-5976
emma_rolls@fd.org

Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.

So ORDERED.

Date: 8/12/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Emma V. Rolls
Assistant Federal Public Defender Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee Avenue Suite 707
Oklahoma City, Oklahoma 73102