CHRISTOPHER ANDRE VIALVA, §
    Petitioner, §
§
§
    v. §    No. 2:20-cv-00413-JMS-DLP
§
WARDEN, USP TERRE HAUTE, §
    Respondent. §

## **<u>NOTICE OF APPEARANCE</u>**

Special Assistant United States Attorney Elizabeth Berenguer will appear as co-counsel for Respondent in this case. Please send copies of all pleadings and court papers to her at the address below, as well as to all other current counsel for Respondent.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    *s/ Elizabeth Berenguer*
ELIZABETH BERENGUER
Special Assistant United States Attorney
601 NW Loop 410, Suite 600
 San Antonio, Texas 78216
(210) 384-7100 (phone)
(210) 384-7126 (fax)
Elizabeth.Berenguer@usdoj.gov

*Attorneys for Respondent*

## Certificate of Service

I certify that on August 18, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to:

Emma V. Rolls
emma_rolls@fd.org

Susan M. Otto
susan_otto@fd.org

*Attorneys for Petitioner.*


s/ *Elizabeth Berenguer*
ELIZABETH BERENGUER
Special Assistant United States Attorney