UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDRE VIALVA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 2:20-cv-00413-JMS-DLP |
| | § | |
| WARDEN, et al., | § | |
| Respondents. | § | |

## RESPONDENTS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Pursuant to Local Rule 7-1(e)(2), Respondents respectfully asks this Court for leave to file a brief in excess of 35 pages.

1.      Petitioner Christopher Vialva has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his death sentence. The petition is 105 pages long and contains numerous legal arguments. Moreover, the issues Petitioner raises are complex and require lengthy factual and legal explanation. Respondents' requested additional pages are therefore necessary to adequately address Petitioner's claims.

2.      Respondents has prepared a table of contents, statement of issues, and table of authorities in compliance with Local Rule 7-1(e)(3).

Accordingly, Respondents respectfully move the Court to grant them leave to file the oversized Return to Order to Show Cause, filed contemporaneously with this motion.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:      *s/ Elizabeth Berenguer*
ELIZABETH BERENGUER
Special Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100 (phone); (210) 384-7126 (fax)
elizabeth.berenguer@usdoj.gov

*Attorneys for Respondents*

## Certificate of Service

I certify that on August 25, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to:

Susan M. Otto
Federal Public Defender
Western District of Oklahoma
susan_otto@fd.org

Emma V. Rolls
Assistant Federal Public Defender
Capital Habeas Unit
emma_rolls@fd.org

*Attorneys for Petitioner.*

*s/ Elizabeth Berenguer*
ELIZABETH BERENGUER
Special Assistant United States Attorney