UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDRE VIALVA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 2:20-cv-00413-JMS-DLP |
| | § | |
| WARDEN, et al., | § | |
|     Respondents. | § | |

**ORDER ON RESPONDENTS' MOTION FOR LEAVE
TO FILE OVERSIZED BRIEF**

The Court, having reviewed Respondent's Motion for Leave to File Oversized Brief, and

being duly advised, hereby GRANTS Respondent's Motion and hereby ORDERS that

Respondent's Return to Order to Show Cause is hereby accepted by the Court and deemed filed

as of the date it was tendered, August 25, 2020.

IT IS SO ORDERED this _____ day of _____, 2020.

_____

Judge, United States District Court
Southern District of Indiana

Distribution:

Susan M. Otto
Federal Public Defender
Western District of Oklahoma
susan_otto@fd.org

Emma V. Rolls
Assistant Federal Public Defender
Capital Habeas Unit
emma_rolls@fd.org

Elizabeth Berenguer
Special Assistant United States Attorney
elizabeth.berenguer@usdoj.gov