**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 2:20-cv-00413-JMS-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **SEPTEMBER 24, 2020** |
| **Respondents.** | ) | |

**ORDER**

This matter comes before the Court on the motion of counsel for Petitioner Christopher André Vialva, requesting a stay of execution pending the Court's consideration of his Petition for Writ of Habeas Corpus. On consideration of the motion, the Court finds that it should be and is hereby granted.

It is so ordered this _____ day of August, 2020.

_____
HON. JANE E. MAGNUS-STINSON
UNITED STATES DISTRICT JUDGE

Distribution list:
To all registered counsel by CM/ECF