UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHRISTOPHER ANDRE VIALVA, )
)
Petitioner, )
)
v. ) No. 2:20-cv-00413-JMS-DLP
)
WARDEN USP Terre Haute, )
UNITED STATES OF AMERICA, )
)
Respondents. )

## ORDER

This matter comes before the Court on the Respondent's Motion for Leave to File Oversized Brief, Dkt. [10]. The Court, being duly advised, hereby **GRANTS** said Motion. Respondent is permitted to file an oversized brief. Respondent's Return to Order to Show Cause (Dkt. 11) is accepted by the Court with a filing date of August 25, 2020.

So ORDERED.

Date: 8/28/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.