**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 2:20-cv-00413-JMS-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **SEPTEMBER 24, 2020** |
| **Respondents.** | ) | |

**SUPPLEMENT TO PETITIONER'S REPLY TO RESPONDENTS'**
**RETURN TO ORDER TO SHOW CAUSE**

Petitioner, Christopher André Vialva, by and through undersigned counsel, files this

Supplement to Petitioner's Reply to Respondents' Return to Order to Show Case (Dkt. 12). Within

his Reply, Mr. Vialva referred to record cites on page 2 ("ROA 3500-01 from 60(b) cert.") and page

6 ("60B cert pet ROA 3500-01"). For the convenience of the Court, Petitioner has attached the

complete document including the cited pages from the record as Exhibit 1, pages 6 and 7.

Respectfully submitted,

 /s/ Susan M. Otto
SUSAN M. OTTO
Federal Public Defender Western District of Oklahoma
215 Dean A. McGee Avenue  Suite 109
EMMA V. ROLLS
Assistant Federal Public Defender
Capital Habeas Unit  Suite 707
Oklahoma City, Oklahoma  73102
Telephone 405 609-5930  Telefacsimile 405 609-5932
Electronic Mail for Service: Susan_Otto@fd.org
emma_rolls@fd.org
Counsel for Christopher André Vialva

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF System which will send notification to:

Elizabeth Berenguer
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
elizabeth.berenguer@usdog.gov

*Attorney for Respondents*


 /s/ Susan M. Otto
SUSAN M. OTTO