UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDRE VIALVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00413-JMS-DLP |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Granting Motion to File Response**

The respondent's motion to file a response to the petitioner's motion to stay execution, dkt. [15], is **granted** to the extent that the respondent shall have **through September 2, 2020**, to file a response. The proposed response is not deemed filed.

Mr. Vialva shall have **through September 4, 2020**, to file a reply in support of his motion to stay execution.

**IT IS SO ORDERED.**

Date: 9/1/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Elizabeth Rachel Berenguer
US ATTORNEY'S OFFICE
elizabeth.berenguer@usdoj.gov

Susan Margaret Otto
FEDERAL PUBLIC DEFENDER WESTERN DISTRICT OF OKLAHOMA
susan_otto@fd.org

Emma Victoria Rolls
FEDERAL PUBLIC DEFENDER, WESTERN DISTRICT OF OKLAHOMA
emma_rolls@fd.org