UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDRE VIALVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00413-JMS-DLP |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Final Judgment**

The Court now enters final judgment. The petition for a writ of habeas corpus is denied.

Date: 09/08/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Elizabeth Rachel Berenguer
US ATTORNEY'S OFFICE
elizabeth.berenguer@usdoj.gov

Susan Margaret Otto
FEDERAL PUBLIC DEFENDER WESTERN DISTRICT OF OKLAHOMA
susan_otto@fd.org

Emma Victoria Rolls
FEDERAL PUBLIC DEFENDER, WESTERN DISTRICT OF OKLAHOMA
emma_rolls@fd.org