| | | |
|---|---|---|
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | **Case No. CIV-20-413-JMS-DLP** |
| **Petitioner,** | ) | |
| | ) | **Capital Case** |
| **WARDEN, USP-TERRE HAUTE,** | ) | **Execution Scheduled for:** |
| **UNITED STATES OF AMERICA,** | ) | **September 24, 2020** |
| | ) | |
| **Respondents.** | ) | |

## NOTICE OF APPEAL

Pursuant 28 U.S.C. § 1291, notice is hereby given that the Petitioner, Christopher André Vialva, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order and final judgment entered by this Court September 8, 2020, denying Mr. Vialva's Petition for Writ of Habeas Corpus. Dkts. 20, 21.

Pursuant Fed. R. App. P. 24(a)(3), Petitioner notes that he proceeded in forma pauperis in his district court habeas action in this Court and that status has not changed, permitting him to proceed on appeal in forma pauperis.

Respectfully submitted,

*s/ Emma V. Rolls*
EMMA V. ROLLS*
Okla. Bar No. 18820
Assistant Federal Public Defender
Office of the Federal Public Defender
Capital Habeas Unit
215 Dean A. McGee Ave., Suite 707
Oklahoma City, Oklahoma 73102
Telephone: (405) 609-5975

Telefacsimile: (405) 609-5976
Electronic Mail: Emma_Rolls@fd.org
* Designated Counsel of Record

SUSAN M. OTTO
Okla. Bar No. 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee Ave., Suite 109
Telephone: (405) 609-5930
Telefacsimile: (405) 609-5932
Electronic Mail: Susan_Otto@fd.org

COUNSEL OF RECORD FOR
CHRISTOPHER ANDRÉ VIALVA

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System.

Elizabeth Berenguer
Special Asst. United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Electronic Mail: elizabeth.berenguer@usdoj.gov

 s/ *Emma V. Rolls*
EMMA V. ROLLS