# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

**CHRISTOPHER ANDRÉ VIALVA,** )
)  **Case No.  CIV-20-413-JMS-DLP**
**Petitioner-Appellant,** )
)  **Capital Case**
**WARDEN, USP-TERRE HAUTE,** )  **Execution Scheduled for:**
**UNITED STATES OF AMERICA,** )  **September  24, 2020**
)
**Respondents-Appellees.** )

## PETITIONER-APPELLANT'S DOCKETING STATEMENT

Pursuant Seventh Circuit Rule 3(c)(1), Petitioner-Appellant, Christopher André Vialva, hereby submits this docketing statement for his appeal.

## I.      Jurisdictional Statement

The district court had jurisdiction over this matter under 28 U.S.C. § 2241(c)(1) and (3).  This Court has jurisdiction under 28 U.S.C. § 1291.  The date of entry of the judgment sought to be reviewed is September 8, 2020. The notice of appeal was filed September 8, 2020.

## II.     Prior or Related Appeals

The following prior or related appellate proceedings are listed as follows: 1) *United States v. Bernard*, 299 F.3d 467 (5th Cir. 2002) (direct appeal); 2) *United States v. Bernard*, 762 F.3d 467 (5th Cir. 2014) (appeal from denial of § 2255 motion); and 3) *United States v. Vialva*, 904 F.3d 356 (5th Cir. 2018) (appeal from denial of Rule 60(b) motion).

**III.     Custodial Information**

Mr. Vialva is currently confined at the United States Penitentiary in Terre Haute, Indiana.  His execution is currently set for September 24, 2020.  The current warden at USP-Terre Haute is T.J. Watson.

Pursuant Fed. R. App. P. 24(a)(3), Petitioner notes that he proceeded in forma pauperis in his district court habeas action in this Court and that status has not changed, permitting him to proceed on appeal in forma pauperis.

Respectfully submitted,


 s/ Emma V. Rolls
EMMA V. ROLLS*
Okla. Bar No. 18820
Assistant Federal Public Defender
Capital Habeas Unit
215 Dean A. McGee Ave., Suite 707
Oklahoma City, Oklahoma  73102
Telephone: (405) 609-5975
Telefacsimile: (405) 609-5976
Electronic Mail: Emma_Rolls@fd.org
*Designated Counsel of Record

SUSAN M. OTTO
Okla. Bar No. 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee Ave., Suite 109
Telephone: (405) 609-5930
Telefacsimile: (405) 609-5932
Electronic Mail: Susan_Otto@fd.org

COUNSEL OF RECORD FOR
CHRISTOPHER ANDRÉ VIALVA

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System.

Elizabeth Berenguer
Special Asst. United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Electronic Mail: elizabeth.berenguer@usdoj.gov

s/ *Emma V. Rolls*
EMMA V. ROLLS