# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | | |
|---|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

### NOTICE OF DOCKETING - Short Form

September 9, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-2710
>
> Caption:
> CHRISTOPHER ANDRE VIALVA,
> Petitioner - Appellant
>
> v.
>
> T. J. WATSON, Warden, and UNITED STATES OF AMERICA,
> Respondents - Appellees
>
> ---
>
> District Court No: 2:20-cv-00413-JMS-DLP
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Jane Magnus-Stinson
>
> Date NOA filed in District Court: 09/08/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)